# UNITED STATES DISTRICT COURT

For the District of Kansas

FILED
U.S. District Court
District of Kansas

JAN C 6 2026

Clerk, U.S. District Court
By _____, Deputy Clerk

Lucas Williams

           Plaintiff          Index No.    6:26-cv-1005-HLT-BGS

   v.

Sergio Jimenez, Kevin C. McClanahan,         Jury Trial Demanded

Carmen Pacheco, Dawn Hill-Kearse,

Wavny Toussaint                    Complaint

           Defendants

1. Upon information and belief, Defendants conspired with individuals in LT-325749-22/KI, in which the next court appearance is scheduled for 2/4/26 before Defendant Sergio Jimenez,

2. All defendants conspired together in violation of due process,

3. This Court has jurisdiction under federal law.

## PRAYER FOR RELIEF

Plaintiff demands sum of money to be decided by jury against all Defendants for compensatory damages and punitive damages estimated over $500,000.

## VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 12/29/25

Lucas Williams

6141 Canal St,

New Orleans, LA 70130

MID-ISLAND NY 117

2 JAN 2026   PM 3 L



UNITED STATES
OF AMERICA

▌ FOREVER/USA

RECEIVED

JAN 06 2026

US District Court Clerk's Office

401 N. Market

Wichita, KS 67202

67202-208999